Nigel SYKES, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 35, 2017

Supreme Court of Delaware.

Submitted: January 31, 2017

Decided: February 23, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1012000026

DISMISSED.

Tyler B. TOWNSLEY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 504, 2016

Supreme Court of Delaware.

Submitted: February 21, 2017

Decided: February 24, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1202016886

DISMISSED.

Fred HUFFMAN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 558, 2016

Supreme Court of Delaware.

Submitted: January 18, 2017

Decided: February 27, 2017

Rehearing En Banc Denied March 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1112004258

AFFIRMED.

Patrick F. CROLL, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 583, 2016

Supreme Court of Delaware.

Submitted: January 23, 2017

Decided: February 28, 2017

Rehearing En Banc Denied March 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 0801001836 and 0803007023

AFFIRMED.